ELIZABETH C. KINMOUTH, Respondent, *v.* WILLIAM
McDOUGALL, Appellant.

(Argued June 21, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon
an order made July 2, 1892, which affirmed a judgment in
favor of plaintiff entered upon the report of a referee.

*L. H. Northrup* for appellant.

*J. W. Whitman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.


MEYER BUKOFZER, Respondent, *v.* THE UNITED STATES
GRAND LODGE OF THE INDEPENDENT ORDER SONS OF BEN-
JAMIN, Appellant.

(Argued June 26, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made November 20, 1891, which affirmed a judg-
ment in favor of plaintiff entered upon a verdict.

*Mitchell Levy* for appellant.

*Herman Aaron* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.